## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fuqua, Diane W

Printed: 1/22/08

Case Number: 04 B 30756
Judge: Wedoff, Eugene R
Filed: 8/18/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed: January 18, 2008
Confirmed: October 21, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,290.00 |  |
| Secured: |  | 1,958.74 |
| Unsecured: |  | 10,956.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,529.00 |
| Trustee Fee: |  | 846.10 |
| Other Funds: |  | 0.00 |
| Totals: | 16,290.00 | 16,290.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,529.00 | 2,529.00 |
| 2. | Washington Mutual Home Loan | Secured | 1,540.74 | 1,540.74 |
| 3. | Wells Fargo Financial | Secured | 492.91 | 418.00 |
| 4. | World Financial Network Nat'l | Unsecured | 50.68 | 57.80 |
| 5. | Resurgent Capital Services | Unsecured | 125.80 | 143.50 |
| 6. | AAFES | Unsecured | 316.47 | 361.02 |
| 7. | World Financial Network Nat'l | Unsecured | 115.24 | 131.42 |
| 8. | RoundUp Funding LLC | Unsecured | 1,175.22 | 1,340.52 |
| 9. | Resurgent Capital Services | Unsecured | 95.78 | 109.23 |
| 10. | Cardiology Associates of NW IN | Unsecured | 39.46 | 45.00 |
| 11. | CitiMortgage Inc | Unsecured | 215.39 | 245.70 |
| 12. | Resurgent Capital Services | Unsecured | 212.24 | 242.05 |
| 13. | Household Bank (SB) N A | Unsecured | 127.90 | 145.87 |
| 14. | ECast Settlement Corp | Unsecured | 85.83 | 97.91 |
| 15. | Illinois Student Assistance Commission | Unsecured | 7,045.14 | 8,036.14 |
| 16. | Chicago Imaging Ltd | Unsecured |  | No Claim Filed |
| 17. | Calumet Internists | Unsecured |  | No Claim Filed |
| 18. | Citibank | Unsecured |  | No Claim Filed |
| 19. | Columbia House | Unsecured |  | No Claim Filed |
| 20. | Hammond Pathologist Associatn | Unsecured |  | No Claim Filed |
| 21. | ICS | Unsecured |  | No Claim Filed |
| 22. | Capital One | Unsecured |  | No Claim Filed |
| 23. | Leonard M Chate | Unsecured |  | No Claim Filed |
| 24. | Ferleger & Associates LTD | Unsecured |  | No Claim Filed |
| 25. | University of Chicago | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Fuqua, Diane W

Printed:  1/22/08

Case Number:  04 B 30756

Judge:  Wedoff, Eugene R

Filed:  8/18/04

| | | | |
|---|---|---|---|
| 26. | Military Star | Unsecured | No Claim Filed |
| 27. | NES Illinois Inc | Unsecured | No Claim Filed |
| 28. | MQC Collection Serv | Unsecured | No Claim Filed |
| 29. | Medical Business Bureau Inc | Unsecured | No Claim Filed |
| 30. | Wells Fargo | Unsecured | No Claim Filed |
| 31. | Southwestern Medical Clinic | Unsecured | No Claim Filed |
| 32. | South Shore Hospital | Unsecured | No Claim Filed |
| 33. | Trinity Hospital | Unsecured | No Claim Filed |
| 34. | Midwest Diangnostic | Unsecured | No Claim Filed |

$ 14,167.80          $ 15,443.90

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 153.01 |
| 4% | 47.05 |
| 3% | 30.09 |
| 5.5% | 193.89 |
| 5% | 64.20 |
| 4.8% | 138.28 |
| 5.4% | 219.58 |
| | _____ |
| | $ 846.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

